**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JEREMY JOSEPH DURESO, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | CASE NO. CV 19-1899-AS <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: October 1, 2020

                                             /s/
                                        ALKA SAGAR
                           UNITED STATES MAGISTRATE JUDGE